AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Wayne OAKLEY | ) Case No. 12-8418-WM |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant(s) | | |

FILED by _____ D.C.
OCT 2 2 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 8, 2012__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC § 1326(a) | Attempting to Re-enter the United States afer having been previously removed and deported from the United States |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

HSI Special Agent David DiConza
Printed name and title

Sworn to before me and signed in my presence.

Date: __10/22/2012__

_____
Judge's signature

City and state: __West Palm Beach, Florida__   Hon. William Matthewman, U.S. Magistrate Judge
Printed name and title

AFFIDAVIT

I, David DiConza, being duly sworn, depose and state as follows:

1. I am a Special Agent with the United States Department of Homeland Security/Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI") and have been so employed for two years. Your affiant is assigned to the HSI Office located in West Palm Beach, Florida. As a Special Agent with HSI, I have received training in federal laws relating to the offenses under Title 8 and Title 18 of the United States Code. My duties and responsibilities as a Special Agent with HSI include investigating maritime smuggling matters and enforcing the immigration laws of the United States.

2. The information contained in this affidavit is based upon my own knowledge, a review of the alien file corresponding to Wayne OAKLEY, as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding this investigation, but only those facts necessary to establish probable cause to charge.

3. On October 8, 2012, at approximately 7:30 pm, a Customs and Border Protection ("CBP") air asset began to track a vessel traveling in a westerly direction toward Palm Beach County, Florida. Information regarding the vessel's location was provided to CBP marine assets by the Air and Marine Agents.

4. On October 8, 2012, at approximately 9:05 pm, CBP marine units activated their blue lights and ordered the boat operator to stop the vessel. The boat operator, who was later identified as Gabriel FLORICA, complied with the commands and stopped the vessel. This interdiction took place approximately twelve (12) nautical

miles off Palm Beach County shoreline between the Lake Worth Inlet and the Boynton Beach Inlet. Marine Interdiction Agents boarded the vessel and located a total of thirteen (13) individuals including the boat captain. CBP Officers located a GPS Device. When asked, none of the boat's occupants were able to provide any documentation which would allow them to enter the United States. All of the boat's occupants were transferred to a U.S. Coast Guard Cutter.

5. On October 9, 2012, at approximately 4:00 pm, all of the vessel's occupants were brought to the U.S. Border Patrol Station in Riviera Beach, Palm Beach County, Florida for processing. One of the boat's occupants was identified through the Integrated Automated Fingerprint Identification System ("IAFIS") as Wayne OAKLEY, a citizen and national of Jamaica, assigned Alien Number *** *** 473. An NCIC check also revealed Wayne OAKLEY was convicted of the felony offense of Unlawful Imprisonment on or about May 5, 2010.

6. On October 9, 2012, at approximately 6:10 pm, HSI Special Agents Jon Longo and Kenneth Cisneros interviewed Wayne OAKLEY, after advising him of his rights under *Miranda*, which he waived. Wayne OAKLEY admitted to having been deported from the United States in July 2011. Wayne OAKLEY said he knew the vessel that he was found on was coming to the United States; that he wanted to come to the United States; and that he (Wayne OAKLEY) knew he was not authorized to enter the United States.

7. On or about October 19, 2012, your affiant received the alien file assigned alien number *** *** 473 corresponding to Wayne OAKLEY. Records contained within that alien file show that Wayne OAKLEY is a native and citizen of Jamaica who was

2

ordered removed from the United States on October 30, 2007. A Warrant of Removal/Deportation was executed on or about June 30, 2011 whereby Wayne OAKLEY was removed from the United Sates to Jamaica. Prior to being removed from the United States, law enforcement officers obtained Wayne OAKLEY's fingerprint on the Warrants of Removal/Deportation.

8. Border Patrol Agent Richard Abbott conducted a fingerprint comparison in this case. He compared the print appearing on the aforementioned Warrant of Removal/Deportation with the prints taken in connection with Wayne OAKLEY's processing at the Border Patrol Station on October 9, 2012. Border Patrol Agent Richard Abbott concluded that the prints were made by one and the same person.

9. Your affiant also received a Certificate of Nonexistence of Record pertaining to Wayne OAKLEY. A review of the Certificate of Nonexistence of Record pertaining to Wayne OAKLEY indicates that no record was found to exist indicating that Wayne OAKLEY had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security, for re-admission in the United States as required by law.

10. Based on the foregoing, your affiant believes that there exists sufficient probable cause to charge Wayne OAKLEY with violating Title 8, United States Code, Section 1326(a).

YOUR AFFIANT SAYETH NAUGHT

_____
HSI Special Agent David DiConza

Sworn to and subscribed before me
this 22nd day of October 2012
in West Palm Beach, Florida

_____
Honorable William Matthewman
United States Magistrate Judge